**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **York Feedlot, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-0715698** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1303 Road 19**<br>**York, NE 68467**<br>Number, Street, City, State & ZIP Code | **c/o Jesus Munoz**<br>**8900 Viscount A-N #136**<br>**El Paso, TX 79925**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **York**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **York Feedlot, Inc.**                                    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Jesus J. Munoz** | Relationship _____ |
| | District | **Nebraska** | When _____ | Case number, if known _____ |

| Debtor | **York Feedlot, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____
                               Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.  Insurance agency _____
              Contact name   _____
              Phone          _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.

- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor      **York Feedlot, Inc.**
_____      Case number (*if known*) _____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2017**
_____
MM / DD / YYYY

**X** **/s/ Jesus J. Munoz**
_____         **Jesus J. Munoz**
Signature of authorized representative of debtor        _____
Printed name

Title    **Secretary/Treasurer**
_____

---

**18. Signature of attorney**

**X** **/s/ John C. Hahn**
_____      Date    **March 13, 2017**
Signature of attorney for debtor                      _____
MM / DD / YYYY

**John C. Hahn**
_____
Printed name

**Wolfe, Snowden, Hurd, Luers & Ahl, LLP**
_____
Firm name

**Wells Fargo Center
1248 "O" St., Ste. 800
Lincoln, NE 68508-1424**
_____
Number, Street, City, State & ZIP Code

Contact phone    **402-474-1507**        Email address    **bankruptcy@wolfesnowden.com**
_____             _____

**15068**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **York Feedlot, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEBRASKA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule*
☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __March 13, 2017__          X **/s/ Jesus J. Munoz**
                                          Signature of individual signing on behalf of debtor

                                          **Jesus J. Munoz**
                                          Printed name

                                          **Secretary/Treasurer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **York Feedlot, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

<hr>

**Part 1:**    **Summary of Assets**

<hr>

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................    $ _____ **70,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $ _____ **70,000.00**

<hr>

**Part 2:**    **Summary of Liabilities**

<hr>

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ **70,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____ **10,411,044.76**

4.    **Total liabilities** .............................................................................................................
    Lines 2 + 3a + 3b    $ **10,481,044.76**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **York Feedlot, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **York Feedlot, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **JCB loader** | **Unknown** | | **$70,000.00** |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See attachment to Statement of Financial<br>Affairs, Item 5** | **$0.00** | | **$0.00** |

**51.**  **Total of Part 8.**

|  | **$70,000.00** |
|---|---|

Add lines 47 through 50.  Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **York Feedlot, Inc.**_____    Case number *(If known)* _____
Name

---

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **York Feedlot, Inc.**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $70,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $70,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $70,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **York Feedlot, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ag Direct**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**JCB loader** | $70,000.00 | $70,000.00 |
| **PO Box 2409**<br>**Omaha, NE 68103-2409**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $70,000.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **York Feedlot, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$28,926.06** |
| | **Aurora Coop**<br>**PO Box 209**<br>**Aurora, NE 68818** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Feed**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | **$74.14** |
| | **Aurora Veterinary Clinic**<br>**PO Box 224**<br>**Aurora, NE 68818** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Veterinary care**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | **$51,104.73** |
| | **Axis Capital/Amur Equipment Finance**<br>**PO Box 2555**<br>**Grand Island, NE 68802** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Deficiency on sale of repossessed items as follows:**<br>**2013 Peerless CTSSF53 semi-trailer**<br>**2012 Peerless CTSSF53 semi-trailer**<br>**2006 Wilkins walking floor trailer**<br>**2004 Western semi-trailer**<br>**(All leased)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | **$6,279.53** |
| | **Bill's Volume Sales, Inc.**<br>**PO Box 277**<br>**Central City, NE 68826** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Feed truck repairs**<br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **York Feedlot, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,421.32**

**Brown Cow**
**1509 North E Rd.**
**Phillips, NE 68865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,007.00**

**Central Credit Services**
**20 Corporate Hills Dr.**
**Saint Charles, MO 63301-3749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Collection for Synchrony Bank/Sam's Club Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,624,053.39**

**Cornerstone Bank**
**PO Box 69**
**York, NE 68467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3291**

Basis for the claim: **Refinance term debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,925,107.92**

**Cornerstone Bank**
**PO Box 69**
**York, NE 68467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3292**

Basis for the claim: **Cattle**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00**

**Cornerstone Bank**
**PO Box 69**
**York, NE 68467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3293**

Basis for the claim: **Feeder finance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750,000.00**

**Cornerstone Bank**
**PO Box 69**
**York, NE 68467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3294**

Basis for the claim: **Feedlot operating**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900,000.00**

**Cornerstone Bank**
**PO Box 69**
**York, NE 68467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2325**

Basis for the claim: **Shucklage**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor    **York Feedlot, Inc.**
_____
Name

Case number (if known) _____

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550,000.00 |

**Cornerstone Bank**
**PO Box 69**
**York, NE 68467**

Date(s) debt was incurred _

Last 4 digits of account number  **6841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cattle purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |

**Cornerstone Bank**
**PO Box 69**
**York, NE 68467**

Date(s) debt was incurred _

Last 4 digits of account number  **7924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Additional operating**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $619.22 |

**Culligan of York**
**207 E. 4th St.**
**York, NE 68467**

Date(s) debt was incurred _

Last 4 digits of account number  **0222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,111.85 |

**Dupont Pioneer**
**1410 Hwy. 34**
**York, NE 68467**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Silage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.04 |

**Eakes Office Solutions**
**PO  Box 2098**
**Grand Island, NE 68802-2098**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,242.48 |

**Farm Credit Leasing Services Corp.**
**600 Hwy. 169, Ste. 300**
**Minneapolis, MN 55426**

Date(s) debt was incurred _

Last 4 digits of account number  **5338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.88 |

**Farmers Coop**
**PO Box 263**
**Dorchester, NE 68343-0263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trailer tire repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **York Feedlot, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.63** |
|---|---|---|---|

**General Collection Co.**
310 N. Walnut
PO Box 1423
Grand Island, NE 68802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Collection for Mead Lumber__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**HireRight**
PO Box 847891
Dallas, TX 75284-7891

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,895.95** |
|---|---|---|---|

**HTR, Inc./Klute Truck Equipment**
PO Box 7
Bradshaw, NE 68319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Semi trailer repairs__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesus Martinez**
c/o Andrew D. Hanquist, Attorney at Law
PO Box 639
Grand Island, NE 68802-0639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Workers compensation lawsuit - Nebraska Workers'__
__Compensation Court, Doc: 215, No: 1605__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,090.59** |
|---|---|---|---|

**John Deere Financial**
PO BOx 4450
Carol Stream, IL 60197-4450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __9521__

**Basis for the claim:** __Tractor repairs & parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Larry Cox, CPA**
PO  Box 88
Henderson, NE 68371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Tax return preparation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.38** |
|---|---|---|---|

**Matheson Trigas dba Linweld**
6901 Cornhusker Hwy.
Lincoln, NE 68507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Welding gas bottle rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **York Feedlot, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.71 |
|---|---|---|
| **Mead Lumber**<br>**1740 Bill Babka Dr.**<br>**Columbus, NE 68601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Feedlot maintenance supplies** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $604,275.35 |
|---|---|---|
| **Monsanto Company**<br>**1506 Hwy. 69**<br>**Waco, NE 68460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Silage** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.00 |
|---|---|---|
| **Nebraska Cattlemen**<br>**1010 Lincoln Mall, Ste. 101**<br>**Lincoln, NE 68508-2833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Market reporting** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.47 |
|---|---|---|
| **Nutrition Services, Inc.**<br>**PO Box 386**<br>**York, NE 68467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Horse feed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.37 |
|---|---|---|
| **Orkin Pest Control**<br>**PO Box 5264**<br>**Grand Island, NE 68802-5264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Pest control** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,427.98 |
|---|---|---|
| **Penners Tire & Auto Inc**<br>**910 Lincoln Ave**<br>**York, NE 68367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Tires & repairs** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.77 |
|---|---|---|
| **Plains Equipment Group**<br>**PO Box 406**<br>**Seward, NE 68434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Tractor parts** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **York Feedlot, Inc.**
      Name

Case number (if known) _____

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.21 |

**Principal Financial Group**
**PLIC-SBD Grand Island**
**PO Box 10372**
**Des Moines, IA 50306-0372**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Truck drivers insurance**
**Assigned to RMS for collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.20 |

**Progressive Northern Insurance**
**PO Box 7247-0112**
**Philadelphia, PA 19170-0112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Truck insurance**
**Assigned to Credit Collection Services for collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,423.24 |

**Road Builders**
**1001 S. 7th Street**
**Kansas City, KS 66105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assigned to C2C Resources, LLC for collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sahling Kenworth, Inc.**
**28607 Network Place**
**Chicago, IL 60673-1286**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tractor parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.07 |

**The Flower Box**
**120 West 6th St.**
**York, NE 68467**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.00 |

**The Progressive Farmer**
**9110 W. Dodge Rd., Ste. 100**
**Omaha, NE 68114-3334**

Date(s) debt was incurred _

Last 4 digits of account number  **5898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.77 |

**TRS Recovery Services**
**PO Box 6380**
**Aurora, IL 60598-0380**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection for Walmart**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **York Feedlot, Inc.** | | Case number (if known) | |
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.27 |
| | **Truck Center Companies** | ☐ Contingent | |
| | **PO Box 27379** | ☐ Unliquidated | |
| | **Omaha, NE 68127-0379** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Semi truck repairs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.14 |
| | **Verizon** | ☐ Contingent | |
| | **PO Box 4002** | ☐ Unliquidated | |
| | **Acworth, GA 30101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Cell phones** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.10 |
| | **York Farm Supply, LLC** | ☐ Contingent | |
| | **PO B ox 592** | ☐ Unliquidated | |
| | **York, NE 68467** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Mower parts** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
| | **York Heating & Air Conditioning, Inc.** | ☐ Contingent | |
| | **PO Box 303** | ☐ Unliquidated | |
| | **York, NE 68467** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,608.00 |
| | **York News Times** | ☐ Contingent | |
| | **PO Box 279** | ☐ Unliquidated | |
| | **York, NE 68467-0279** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Classified advertisement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **C2C Resources, LLC** **56 Perimeter Center East, Ste. 100** **Atlanta, GA 30346** | Line  **3.35** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Credit Collection Services** **725 Canton St.** **Norwood, MA 02062** | Line  **3.34** ☐ Not listed. Explain ____ | _ |

| Debtor | **York Feedlot, Inc.** | Case number (if known) | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Kelly M. Thomas**<br>**Attorney at Law**<br>**408 N. Platte Ave.**<br>**York, NE 68467** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Kurt Van Thomme, Corporate Counsel**<br>**Pioneer Hi-Bred International, Inc.**<br>**7100 NW 62nd Ave., PO Box 1014**<br>**Johnston, IA 50131-1014** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Matheson Tri-Gas, Inc.**<br>**Dept. 3028, PO Box 123028**<br>**Dallas, TX 75312** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Monsanto Company**<br>**Credit Department**<br>**800 N. Lindbergh**<br>**Saint Louis, MO 63167** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **RMS**<br>**PO Box 361625**<br>**Browder, KY 42326** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Synchrony Bank/Sam's Club**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 10,411,044.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,411,044.76 |

**Fill in this information to identify the case:**

Debtor name     **York Feedlot, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **York Feedlot, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jesus Munoz** | **8990 Viscount A-N #136**<br>**El Paso, TX 79925** | **All creditors** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jimmie Jack Biffle** | **c/o Phil Adams, Attorney at Law**<br>**100 E. Broadway St.**<br>**Gainesville, TX 76240** | **All creditors** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **York Feedlot, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br><br>☐ Other  _____ | $674,028.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**

Debtor    **York Feedlot, Inc.**

Case number *(if known)* _____

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Cornerstone Bank**<br>**529 Lincoln Ave**<br>**York, NE 68467-0069** | **Machinery, equipment, vehicles and livestock (see attached list)** | **February 2017** | **$2,615,164.00** |
| **Axis Capital/Amur Equipment Finance**<br>**PO Box 2555**<br>**Grand Island, NE 68801** | **2013 Peerless CTSSF53 semi-trailer**<br>**2012 Peerless CTSSF53 semi-trailer**<br>**2006 Wilkins walking floor trailer**<br>**2004 Western semi-trailer** | **January 2017** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Martinez v. York Feedlot, Inc.**<br>**Doc: 215  No: 1605** | **Worker's compensation** | **Nebraska Workers' Compensation Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Cornerstone Bank v. York Feedlot, et al.**<br>**16-209** | **Civil** | **York County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **York Feedlot, Inc.**                                              Case number *(if known)*  _____

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **John C. Hahn, Attorney at Law**<br>**Wells Fargo Center**<br>**1248 O St., Ste. 800**<br>**Lincoln, NE 68508-1424** | **Filing fee and retainer** | **January 2017** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **York Feedlot, Inc.**                                                    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **York Feedlot, Inc.**                                            Case number *(if known)*

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

---

Debtor    **York Feedlot, Inc.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Larry R. Cox, CPA PO Box 88 Henderson, NE 68371** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jesus J. Munoz** | **1303 Road 19 York, NE 68467** | **Secretary/Treasurer** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jimmy Jack Biffle** | **c/o Phil Adams, Attorney at Law 100 E. Broadway St. Gainesville, TX 76240** | **President** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **York Feedlot, Inc.**                                              Case number *(if known)*

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 13, 2017__

__/s/ Jesus J. Munoz__                                         __Jesus J. Munoz__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Secretary/Treasurer__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

To the best knowledge of Debtor, Cornerstone Bank of York, Nebraska has possession of all assets pursuant to receivership order of the District Court of York County.

| Machinery/farm equip | | | Licensed vehicles etc | | |
|---|---|---|---|---|---|
| Bulk Bins | $ | 2,000.00 | Wilson Grain Trailer | $ | 13,538.00 |
| Cat 613 Spreader | $ | 7,000.00 | 2004 Fontaine Trailer | $ | 4,938.00 |
| Hay Buster | $ | 8,687.00 | | | |
| Sprinkler Tow Line | $ | 1,000.00 | 2014 Ken Worth Feed Truck | $ | 150,000.00 |
| Big Bucket Scoop | $ | 2,500.00 | 2004 Freightliner Semi | $ | 10,000.00 |
| JD 8400 | $ | 45,000.00 | 2004 Kenworth Dump Truck | $ | 13,538.00 |
| JD 8300 | $ | 38,700.00 | 1990 Peterbuilt Manure Truck | $ | 45,000.00 |
| JD 4060 | $ | 4,000.00 | | | |
| Fuel Tanks | $ | 500.00 | | | |
| Franklin Dump Box | $ | 4,938.00 | | | |
| Rotary Cutter/Shredder | $ | 914.00 | | | |
| Box Scraper | $ | 1,372.00 | | | |
| Tools | $ | 4,500.00 | | | |
| Orange Feeder Wagon | $ | 200.00 | | | |
| Air Compressor | $ | 500.00 | | | |
| 953 C Cat | $ | 33,300.00 | | | |
| Hyndai Payloader* | $ | 82,000.00 | TOTAL | | $ 237,014.00 |
| Welder | $ | 2,743.00 | | | |
| 2013 Big Blade | $ | 12,000.00 | | | |
| JCB Telahandler* | $ | 49,000.00 | | | |
| Clark Forklift | $ | 500.00 | | | |
| Blow Hard Machine | $ | 500.00 | | | |

| TOTAL | $ 301,854.00 |
|---|---|

| Total Combined Equipment & Vehicle Collateral | $ | 538,868.00 |
|---|---|---|

| Livestock Description | Number | Weight | Price/# | Value/Hd | Total |
|---|---|---|---|---|---|
| YFL/JDH 50% | 99 | 1,152 | 1.25 | 0 | 0 |
| YFL/JDH 50% | 148 | 1,200 | 1.15 | 1,440 | 142,560 |
| YFL/JDH 50% | 89 | 1,153 | 1.25 | 1,380 | 203,550 |
| YFL/JDH 50% | 54 | 1,039 | 1.30 | 1,441 | 128,271 |
| YFL/JDH 50% | 100 | 1,105 | 1.30 | 1,351 | 72,262 |
| | | | | 1,437 | 142,932 |
| IN HOSPITAL | | 1,000 | 1.20 | 0 | 0 |
| | | | | 1,200 | 0 |
| | | | | 0 | 0 |
| | | | | 0 | 0 |
| | | | | 0 | 0 |
| TOTAL | 489 | | | | 689,575 |

| Grain & Feed Inventory | UNIT | NUMBER | PRICE | TOTAL |
|---|---|---|---|---|
| Corn | Bu. | 36,339 | 3.10 | 112,649 |
| Hay | Ton | 91 | 300.00 | 27,432 |
| Finisher | Ton | 506 | 319.00 | 161,494 |
| Starter | Ton | 46 | 281.00 | 12,794 |
| Auro | Ton | 6 | 1,643.60 | 9,237 |
| WDG | Ton | 788 | 56.00 | 44,122 |
| Shucklage | Ton | 27,827 | 36.40 | 1,012,903 |
| Cobbs | Ton | 127 | 48.00 | 6,090 |
| **TOTAL INVENTORY** | | | | 1,386,721 |

**TOTAL COMBINED COLLATERAL**          $          2,615,164.39

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nebraska

In re   **York Feedlot, Inc.** _____   Case No. _____
_____   Chapter   **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,665.00** |
| Prior to the filing of this statement I have received | $ | **4,665.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **March 13, 2017** | **/s/ John C. Hahn** |
| *Date* | **John C. Hahn 15068** |
| | *Signature of Attorney* |
| | **Wolfe, Snowden, Hurd, Luers & Ahl, LLP** |
| | **Wells Fargo Center** |
| | **1248 "O" St., Ste. 800** |
| | **Lincoln, NE 68508-1424** |
| | **402-474-1507  Fax: 402-474-3170** |
| | **bankruptcy@wolfesnowden.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Nebraska

In re    **York Feedlot, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary/Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 13, 2017**

**/s/ Jesus J. Munoz**

**Jesus J. Munoz/Secretary/Treasurer**
Signer/Title

Ag Direct
PO Box 2409
Omaha, NE 68103-2409

Aurora Coop
PO Box 209
Aurora, NE 68818

Aurora Veterinary Clinic
PO Box 224
Aurora, NE 68818

Axis Capital/Amur Equipment Finance
PO Box 2555
Grand Island, NE 68802

Bill's Volume Sales, Inc.
PO Box 277
Central City, NE 68826

Brown Cow
1509 North E Rd.
Phillips, NE 68865

C2C Resources, LLC
56 Perimeter Center East, Ste. 100
Atlanta, GA 30346

Central Credit Services
20 Corporate Hills Dr.
Saint Charles, MO 63301-3749

Cornerstone Bank
PO Box 69
York, NE 68467

Credit Collection Services
725 Canton St.
Norwood, MA 02062

Culligan of York
207 E. 4th St.
York, NE 68467

Dupont Pioneer
1410 Hwy. 34
York, NE 68467


Eakes Office Solutions
PO Box 2098
Grand Island, NE 68802-2098


Farm Credit Leasing Services Corp.
600 Hwy. 169, Ste. 300
Minneapolis, MN 55426


Farmers Coop
PO Box 263
Dorchester, NE 68343-0263


General Collection Co.
310 N. Walnut
PO Box 1423
Grand Island, NE 68802


HireRight
PO Box 847891
Dallas, TX 75284-7891


HTR, Inc./Klute Truck Equipment
PO Box 7
Bradshaw, NE 68319


Jesus Martinez
c/o Andrew D. Hanquist, Attorney at Law
PO Box 639
Grand Island, NE 68802-0639


Jesus Munoz
8990 Viscount A-N #136
El Paso, TX 79925


Jimmie Jack Biffle
c/o Phil Adams, Attorney at Law
100 E. Broadway St.
Gainesville, TX 76240

John Deere Financial
PO BOx 4450
Carol Stream, IL 60197-4450


Kelly M. Thomas
Attorney at Law
408 N. Platte Ave.
York, NE 68467


Kurt Van Thomme, Corporate Counsel
Pioneer Hi-Bred International, Inc.
7100 NW 62nd Ave., PO Box 1014
Johnston, IA 50131-1014


Larry Cox, CPA
PO Box 88
Henderson, NE 68371


Matheson Tri-Gas, Inc.
Dept. 3028, PO Box 123028
Dallas, TX 75312


Matheson Trigas dba Linweld
6901 Cornhusker Hwy.
Lincoln, NE 68507


Mead Lumber
1740 Bill Babka Dr.
Columbus, NE 68601


Monsanto Company
1506 Hwy. 69
Waco, NE 68460


Monsanto Company
Credit Department
800 N. Lindbergh
Saint Louis, MO 63167


Nebraska Cattlemen
1010 Lincoln Mall, Ste. 101
Lincoln, NE 68508-2833

Nutrition Services, Inc.
PO Box 386
York, NE 68467


Orkin Pest Control
PO Box 5264
Grand Island, NE 68802-5264


Penners Tire   Auto Inc
910 Lincoln Ave
York, NE 68367


Plains Equipment Group
PO Box 406
Seward, NE 68434


Principal Financial Group
PLIC-SBD Grand Island
PO Box 10372
Des Moines, IA 50306-0372


Progressive Northern Insurance
PO Box 7247-0112
Philadelphia, PA 19170-0112


RMS
PO Box 361625
Browder, KY 42326


Road Builders
1001 S. 7th Street
Kansas City, KS 66105


Sahling Kenworth, Inc.
28607 Network Place
Chicago, IL 60673-1286


Synchrony Bank/Sam's Club
PO Box 530970
Atlanta, GA 30353-0970


The Flower Box
120 West 6th St.
York, NE 68467

The Progressive Farmer
9110 W. Dodge Rd., Ste. 100
Omaha, NE 68114-3334


TRS Recovery Services
PO Box 6380
Aurora, IL 60598-0380


Truck Center Companies
PO Box 27379
Omaha, NE 68127-0379


Verizon
PO Box 4002
Acworth, GA 30101


York County Attorney
510 Lincoln Avenue
York, NE 68467


York County Treasurer
510 Lincoln Avenue
York, NE 68467


York Farm Supply, LLC
PO B ox 592
York, NE 68467


York Heating   Air Conditioning, Inc.
PO Box 303
York, NE 68467


York News Times
PO Box 279
York, NE 68467-0279

# United States Bankruptcy Court
## District of Nebraska

In re  **York Feedlot, Inc.** _____  Case No. _____

_____ Debtor(s)  Chapter  **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **York Feedlot, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 13, 2017** _____  **/s/ John C. Hahn** _____

Date

**John C. Hahn 15068**

Signature of Attorney or Litigant

Counsel for **York Feedlot, Inc.** _____

**Wolfe, Snowden, Hurd, Luers & Ahl, LLP**

**Wells Fargo Center**
**1248 "O" St., Ste. 800**
**Lincoln, NE 68508-1424**
**402-474-1507 Fax:402-474-3170**
**bankruptcy@wolfesnowden.com**